11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Clay D. Sanders,                                          * From the 259th District Court
                                                            of Jones County,
                                                            Trial Court No. 022183.

Vs. No. 11-13-00193-CV                                   * October 3, 2013

Elizabeth Karrick et al.,                                * (Per Curiam Memorandum Opinion)
                                                            (Panel consists of: Wright, C.J.,
                                                            McCall, J., and Willson, J.)


        This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction.    Therefore, in accordance with this court's opinion, the appeal is dismissed.